**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 417 MAL 2016
  :
            Respondent   :
  :
  :   Petition for Allowance of Appeal from
  :   the Order of the Superior Court
          v.   :
  :
  :
JOSEPH DERHAMMER,   :
  :
            Petitioner   :

## ORDER

**PER CURIAM**

    **AND NOW**, this 27th day of December, 2016, the Petition for Allowance of

Appeal is **GRANTED**. The issue, as stated by Petitioner, is:

    Whether the Superior Court erred when it upheld Petitioner's conviction
pursuant to a statute declared unconstitutional by this Honorable Court in
*Commonwealth v. Neiman*?